1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   THOMAS JOSEPH SNIDER,                  Case No. 2:19-cv-09258-FLA-JC

12                      Petitioner,         **ORDER ACCEPTING FINDINGS,**
                                            **CONCLUSIONS, AND**
13                                          **RECOMMENDATIONS OF UNITED**
                          v.                **STATES MAGISTRATE JUDGE**
14

15   CRAIG KOENIG,

16                      Respondent.

17

18

19        The court has conducted the review required by 28 U.S.C. § 636, accepts the

20   findings, conclusions, and recommendation of the Magistrate Judge reflected in the

21   January 30, 2023, Report and Recommendation of United States Magistrate Judge, and

22   overrules the Objections thereto.

23        THE COURT HEREBY ORDERS that the Petition for Writ of Habeas Corpus by

24   a Person in State Custody is denied, this action is dismissed with prejudice, and

25   Judgment shall be entered accordingly.

26   / / /

27   / / /

28   / / /

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2  Judgment herein on counsel for Petitioner and Respondent.

3

4    IT IS SO ORDERED.

5

6  Dated: March 31, 2023

7  _____
   FERNANDO L. AENLLE-ROCHA

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2