1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

THOMAS JOSEPH SNIDER,

                Petitioner,

        v.

CRAIG KOENIG,

                Respondent.

Case No. 2:19-cv-09258-FLA (JC)

**JUDGMENT**

     Pursuant to this court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

     IT IS SO ADJUDGED.

Dated: March 31, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge